IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LARITZA M. ARCOS, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY POWER CORPORATION, <br><br> Defendant. | Case No: 1:18-cv-04914 <br><br> Honorable Robert W. Gettleman |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that LARITZA M. ARCOS ("Plaintiff") and LIBERTY POWER CORPORATION ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days.

Respectfully submitted this 18th day of October, 2018.

Respectfully submitted,

*s/ Mohammed O. Badwan*
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8180
mbadwan@sulaimanlaw.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*_____